IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR LLOYD MITHCELL** | : | **CIVIL ACTION NO. 1:CV-11-1998** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Kane)** |
| | : | **(Magistrate Judge Blewitt)** |
| **v.** | : | |
| | : | |
| **EDWARD V. GRYNKEWICZ, III, et al.** | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

Before the court in the captioned action is a January 31, 2012 report of the

magistrate judge.   No timely objections have been filed.

Accordingly, upon review of the record and the applicable law,  **IT IS HEREBY**

**ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge

Blewitt.

2) Defendants' Motion for a Stay (Doc. No. 22) and their alternative request for

relief is dismissed without prejudice since they are barred by *Heck*.  Plaintiff's denial of

medical care claim under the Fourteenth Amendment Due Process Clause and his

Fourth Amendment excessive force claim against Defendants is allowed to proceed.

3) The case is remanded to Magistrate Judge Blewitt for further proceedings.


*s/ Yvette Kane*
YVETTE KANE
Chief Judge
United States District Court

Dated: February 21, 2012