IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR LLOYD MITHCELL** | : | CIVIL ACTION NO. 1:CV-11-1998 |
| | : | |
| Plaintiff | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Blewitt) |
| v. | : | |
| | : | |
| **EDWARD V. GRYNKEWICZ, III, et al.** | : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the court in the captioned action is a March 28, 2012 report of the magistrate judge.   No timely objections have been filed.

Accordingly, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 34) of Magistrate Judge Blewitt.

2) Plaintiff's Motion to Dismiss (Doc. No. 33), is construed as a Notice of Voluntary Dismissal pursuant to Fed.R.Civ.P.41(a)(1)(A)(I), and the case is dismissed without prejudice.

3) The Clerk of Court shall close the case.

*s/ Yvette Kane*
YVETTE KANE
Chief Judge
United States District Court

Dated: April 17, 2012